Daniel Sadeh, Esq.
**HALPER SADEH LLP**
667 Madison Avenue, 5th Floor
New York, NY 10065
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN JONES,<br><br>        Plaintiff,<br><br>        v.<br><br>LIVONGO HEALTH, INC., GLEN TULLMAN, ZANE BURKE, CHRIS BISCHOFF, KAREN L. DANIEL, SANDRA FENWICK, PHILIP D. GREEN, and HEMANT TANEJA,<br><br>        Defendants. | Case No: 1:20-cv-04362-FB-JO<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

        PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Steven Jones hereby voluntarily dismisses the above-captioned action without prejudice. Defendants have not served an answer or a motion for summary judgment.

Dated: November 11, 2020                              Respectfully submitted,

                                                                      **HALPER SADEH LLP**

                                                                      By: /s/ Daniel Sadeh
                                                                      Daniel Sadeh, Esq.
                                                                      667 Madison Avenue, 5th Floor
                                                                      New York, NY 10065
                                                                      Telephone: (212) 763-0060
                                                                      Facsimile: (646) 776-2600
                                                                      Email: sadeh@halpersadeh.com

                                                                      *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I, Daniel Sadeh, hereby certify that on November 11, 2020, a true and correct copy of the annexed **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: November 11, 2020                                    /s/ Daniel Sadeh
                                                                                      Daniel Sadeh